# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:20-cr-7 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| DERRIOS EUGENE WOFFORD | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

---

## ORDER

---

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 29) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count Two of the two-count Indictment; (2) accept Defendant's guilty plea to Count Two of the two-count Indictment; (3) adjudicate Defendant guilty of knowingly making a false written statement to a dealer, in connection with the acquisition of a firearm, in order to deceive the dealer as to the lawfulness of the sale of the firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 29) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea to Count Two of the two-count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two of the two-count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of knowingly making a false written statement to a dealer, in connection with the acquisition of a firearm, in order to deceive the dealer as to the lawfulness of the sale of the firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2); and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **October 30, 2020, at 2:00 p.m.**

      **SO ORDERED.**

*/s/Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**